| | |
|---|---|
| 1 | Juanita Brooks (SBN 75934 / brooks@fr.com) |
| | FISH & RICHARDSON P.C. |
| 2 | 12390 El Camino Real |
| | San Diego, California  92130-2081 |
| 3 | Telephone:  (858) 678-5070 |
| | Facsimile:  (858) 678-5099 |
| 4 | |
| | Karen I. Boyd (SBN 189808 / boyd@fr.com) |
| 5 | Limin Zheng (SBN 226875 / zheng@fr.com) |
| | FISH & RICHARDSON P.C. |
| 6 | 500 Arguello Street, Suite 500 |
| | Redwood City, CA  94063 |
| 7 | Telephone: (650) 839-5070 |
| | Facsimile:  (650) 839-5071 |
| 8 | |
| | Attorneys for Plaintiffs |
| 9 | UNITHER PHARMA, INC., THE BOARD OF TRUSTEES OF |
| | THE LELAND STANFORD JUNIOR UNIVERSITY |
| 10 | and NEW YORK MEDICAL COLLEGE |
| 11 | Michael J. Bettinger |
| | Timothy P. Walker, Ph.D. |
| 12 | Anup Tikku |
| | PRESTON GATES & ELLIS LLP |
| 13 | 55 Second Street, Suite 1700 |
| | San Francisco, CA  94105 |
| 14 | Tel:  (415) 882-8200 |
| | Fax:  (415) 882-8220 |
| 15 | Attorneys Defendants and Counter-Claimants |
| | THE DAILY WELLNESS COMPANY and |
| 16 | ADVANCED NUTRITIONAL BIOSYSTEMS, LLC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| 19 | UNITHER PHARMA, INC. ET AL. | Case No. C02-05284 JW  and |
| 20 | Plaintiffs and Counter-Defendants, | Related Case No. C03-0415 JW |
| 21 | v. | **STIPULATION & [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| 22 | THE DAILY WELLNESS COMPANY ET AL. | |
| 23 | Defendants and Counter-Claimants. | |

1  Pursuant to agreement and stipulation between Plaintiffs and Counter-Defendants Unither
2  Pharma, Inc., The Board of Trustees of The Leland Stanford Junior University, and New York
3  Medical College, and Defendants and Counter-Claimants The Daily Wellness Company and
4  Advanced Nutritional Biosystems, LLC, and further pursuant to Federal Rule of Civil Procedure
5  41(a) and 41(c), the above consolidated actions, Case Nos. C02-05284 JW and C03-0415 JW, in
6  their entirety, including all claims in the complaint, and any cross-action or counterclaims filed
7  therein, are hereby dismissed with prejudice.  The parties shall bear their own costs and attorneys'
8  fees.

10  Dated: October 13, 2006          FISH & RICHARDSON P.C.

12          By:   /s/ Karen I. Boyd
                    Karen I. Boyd

         Attorneys for Plaintiffs
         UNITHER PHARMA, INC., THE BOARD OF
         TRUSTEES OF THE LELAND STANFORD
         JUNIOR UNIVERSITY AND NEW YORK
         MEDICAL COLLEGE

18  Dated: October 13, 2006          PRESTON GATES & ELLIS LLP

20          By:   /s/ Anup Tikku
                    Michael J. Bettinger
                    Timothy P. Walker, Ph.D.
                    Anup Tikku
                    PRESTON GATES & ELLIS LLP
                    55 Second Street, Suite 1700
                    San Francisco, CA  94105
                    Tel:  (415) 882-8200
                    Fax:  (415) 882-8220

         Attorneys for Defendant and Counter-Claimants
         THE DAILY WELLNESS COMPANY and
         ADVANCED NUTRITIONAL BIOSYSTEMS, LLC.

1  IT IS SO ORDERED.
2
3
4  Dated:____10/17/2006_____     _____
5                                     The Hon. James Ware
                                      United States District Judge
6
7
...
28

3     STIPULATION & [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

**DECLARATION OF CONSENT**

I, Limin Zheng, hereby attest:

1.     Concurrence in the filing of the following document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

**STIPULATION & [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

2.     I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 45 of the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed in Redwood City, California on October 13, 2006.


Dated:  October 13, 2006                    FISH & RICHARDSON P.C.


                                            By:   /s/ Limin Zheng
                                                  Limin Zheng

                                            Attorneys for Plaintiffs
                                            UNITHER PHARMA, INC., THE BOARD OF
                                            TRUSTEES OF THE LELAND STANFORD
                                            JUNIOR UNIVERSITY, and NEW YORK
                                            MEDICAL COLLEGE